UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLYSTINA ROGERS,<br><br>                              Plaintiff,<br><br>       -against-<br><br>BLYTHEDALE CHILDREN'S HOSPITAL,<br><br>                             Defendant. | 24cv1141 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 15, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 17, 2024
             New York, New York

                                                   /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                Chief United States District Judge